May 28, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

CITY OF BRAZORIA, TEXAS, Appellant

NO. 14-14-00322-CV            V.

WALTER ELLIS, INDIVIDUALLY AND AS NEXT FRIEND OF CHRISTIAN ELLIS AND MAKAYLA ELLIS, MINORS, Appellee

_____

This cause, an appeal from an order denying appellant, City of Brazoria's plea to the jurisdiction, signed March 31, 2014, was heard on the transcript of the record. We have inspected the record and hold the trial court did not err when it denied the plea to the jurisdiction. We **AFFIRM** the order of the court below and remand this case to the trial court for further proceedings consistent with this opinion.

We order appellant, City of Brazoria, Texas, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.